**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Southern____ District of ____New York_____

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | Lupatech S.A. |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>☑ Other 89.463.822/0001-12. Describe identifier Tax Reg. No / Tax ID.<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ___ ___ ___ ___<br>☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ___ ___ ___ ___<br>☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Ricardo Doebeli |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | 1st Chamber of Bankr., Judicial Recovery & Arb. Disputes, Sao Paulo, Brazil |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>Commencement Order, Homologation Order and Board Resolutions appointing foreign representative (attached to Doebeli Declaration) |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Official Form 401                Chapter 15 Petition for Recognition of a Foreign Proceeding                page 1

Debtor  Lupatech S.A._____   Case number (*if known*)_____
        Name

| 8. | Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|---|
|   |   | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
|   |   | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
|   |   | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Brazil

**Debtor's registered office:**

Rua Alcides Lourenço da Rocha
Number     Street

167 8o andar, Conjunto 81
P.O. Box

São Paulo
City     State/Province/Region     ZIP/Postal Code

Brazil
Country

**Individual debtor's habitual residence:**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region     ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Rua Alcides Lourenço da Rocha
Number     Street

167 8o andar, Conjunto 81
P.O. Box

São Paulo
City     State/Province/Region     ZIP/Postal Code

Brazil
Country

10. **Debtor's website** (URL)   http://www.lupatech.com.br/lupatech/en/

11. **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

　　☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

　　☐ Partnership

　　☐ Other. Specify: _____

☐ Individual

Official Form 401     Chapter 15 Petition for Recognition of a Foreign Proceeding     page 2

Debtor  Lupatech S.A.
        Name                                                    Case number (if known)_____

**12. Why is venue proper in this district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
property, existence of NY law debt, and proximity of creditors.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____          Ricardo Doebeli
Signature of foreign representative        Printed name

Executed on  04/26/2016
             MM / DD / YYYY

X _____          _____
Signature of foreign representative        Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X _____          Date  4/27/2016
Signature of Attorney for foreign representative    MM / DD / YYYY

Fredric Sosnick
Printed name

Shearman & Sterling LLP
Firm name

599 Lexington Avenue
Number    Street

New York                                  NY          10022
City                                      State       ZIP Code

(212) 848-4000                            fsosnick@shearman.com
Contact phone                             Email address

3326                                      NY
Bar number                                State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

Lupatech S.A.

## **Chapter 15 Petition**

Item 8: Lists Pursuant to Bankruptcy Rules 1007(a)(4) and 7007.1 and
Section 1515(c) of the Bankruptcy Code

Lupatech S.A.

SHEARMAN & STERLING LLP
Fredric Sosnick
Randall Martin
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                              :      Chapter 15
                                                    :
**LUPATECH S.A.,** *et al.*,[1]                     :      Case No. 16-[●] (__)
                                                    :
   **Debtors in a Foreign Proceeding.**             :      **(Joint Administration Pending)**
                                                    :
---------------------------------------------------------------- x

**LIST PURSUANT TO RULE 1007(a)(4) OF THE**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Ricardo Doebeli, in his capacity as the authorized foreign representative (the "**Foreign Representative**") for the above-captioned debtors (collectively, the "**Debtors**") in a proceeding (the "**Foreign Proceeding**") commenced in the Federative Republic of Brazil pursuant to Federal Law 11.101 of February 9, 2005 (pending before the First Chamber of Bankruptcy, Judicial Recovery and Arbitration Disputes of the Comarca Forum of São Paulo), hereby files this list, by and through his undersigned counsel, pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and respectfully represents as follows:[2]

---

[1] The last four digits of the Taxpayer Registration Number or Tax ID, as applicable, of each of the Debtors follow in parentheses: (a) Lupatech S.A. (01-12); (b) Lupatech – Equipamentos e Serviços para Petróleo Ltda (01-04); (c) Lupatech Finance Limited (none); and (d) Mipel Indústria e Comércio de Válvulas Ltda (01-00). The Debtors' collective executive headquarters is located at Rua Alcides Lourenço da Rocha, 167 8o andar, Conjunto 81, São Paulo, Brazil.

[2] All information included herein is provided on a consolidated basis. The corporate ownership statement for each of the Debtors, as required by Bankruptcy Rule 1007(a)(4)(A), is appended to each Debtor's chapter 15 petition (collectively, the "**Petitions**").

Lupatech S.A.

I. <u>Administrators in Foreign Proceedings Concerning the Debtors</u>

Ricardo Doebeli is the only authorized foreign representative in the Foreign Proceeding. The Foreign Representative's address is: Rua Alcides Lourenço da Rocha, 167 8o andar, Conjunto 81, São Paulo, Brazil. There are no other administrators in any foreign proceedings concerning the Debtors.

II. <u>Entities Against Whom Provisional Relief is Sought Pursuant to 11 U.S.C. § 1519</u>

None.

III. <u>All Parties to Litigation Pending in the United States in which Any of the Debtors is a Party at the Time of Filing of the Petitions</u>

None.

Dated: New York, New York
April 27, 2016

Respectfully submitted,

/s/ Fredric Sosnick
SHEARMAN & STERLING LLP
Fredric Sosnick
Randall Martin
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8174

Lupatech S.A.

## **Chapter 15 Petition**

Item 11: Corporate Ownership Statement

SHEARMAN & STERLING LLP
Fredric Sosnick
Randall Martin
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
**In re:**                                                                  :       Chapter 15
                                                                                    :
**LUPATECH S.A.,**[3]                                                  :       Case No. 16-_____ (__)
                                                                                    :
    **Debtor in a Foreign Proceeding.**                       :
                                                                                    :
---------------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT
OF LUPATECH S.A. PURSUANT TO
BANKRUPTCY RULES 1007(a)(4) AND 7007.1 AND LOCAL RULE 1007-3**

As of April 27, 2016, the corporations listed below directly or indirectly own 10% or more of the only outstanding class of equity interests in the Debtor.

| **Corporation Name** | **Percentage Ownership** |
|---|---|
| BNDES PARTICIPAÇÕES S/A - BNDESPAR | 29.60% |

---

[3] The last four digits of the Taxpayer Registration Number or Tax ID for Lupatech S.A. are "01-12." The Debtor's executive headquarters is located at Rua Alcides Lourenço da Rocha, 167 8o andar, Conjunto 81, São Paulo, Brazil.

Lupatech S.A.

## VERIFICATION OF CHAPTER 15 PETITION

Pursuant to 28 U.S.C. § 1746, Ricardo Doebeli declares as follows:

I am the authorized foreign representative of Lupatech S.A. (the "**Debtor**"). I have full authority to verify the foregoing chapter 15 petition for recognition of a foreign main proceeding, including each of the attachments and appendices thereto, and I am informed and believe that the statements contained therein are true and accurate to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26 day of April 2016.

By: Ricardo Doebeli
As: Authorized Foreign Representative of the Debtors