SHEARMAN & STERLING LLP
Fredric Sosnick
Randall Martin
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
|                                    |   |                                   |
|------------------------------------|---|-----------------------------------|
| In re:                             | : | Chapter 15                        |
|                                    | : |                                   |
| **LUPATECH S.A.,** *et al.,*[1]    | : | **Case No. 16-11078 (MG)**        |
|                                    | : |                                   |
|                                    | : | **(Joint Administration Pending)**|
| **Debtors in a Foreign Proceeding.** | : |                                 |
|                                    | : |                                   |
-----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON APRIL 28, 2016 AT 2:00 P.M. EST**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Courtroom 523.

## INTRODUCTION

Set forth below is the agenda (the "**Agenda**") for the hearing in the above-captioned cases scheduled for April 28, 2016 at 2:00 p.m. (the "**Hearing**"). The information contained in this Agenda reflects documents filed in the above-captioned chapter 15 cases as of the date hereof.

## UNCONTESTED MATTERS

1. Foreign Representative's Motion for an Order Directing Joint Administration of the Debtors' Chapter 15 Cases [Docket No. 3].

---

[1] The last four digits of the Taxpayer Registration Number or Tax ID, as applicable, of each of the Debtors follow in parentheses: (a) Lupatech S.A. (01-12); (b) Lupatech – Equipamentos e Serviços para Petróleo Ltda. (01-04); (c) Mipel Indústria e Comércio de Válvulas Ltda. (01-00); and (d) Lupatech Finance Limited (none). The Debtors' collective executive headquarters is located at Rua Alcides Lourenço da Rocha, 167 8o andar, Conjunto 81, São Paulo, Brazil.

<u>Response Deadline</u>:  N/A

<u>Status</u>:  This matter is going forward.

2. Foreign Representative's Motion for an Order Scheduling Hearing and Specifying the Form and Manner of Service of Notice [Docket No. 4].

<u>Response Deadline</u>:  N/A

<u>Status</u>:  This matter is going forward.

## <u>RELATED FILINGS</u>

a. Declaration of Ricardo Doebeli in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motion for Order Granting Final Relief in Aid of a Foreign Proceeding, and (III) Certain Related Relief [Docket No. 6].

b. Declaration of Thomas Benes Felsberg [Docket No. 7].

Dated:    New York, New York
         April 27, 2016

Respectfully submitted,

/s/ Fredric Sosnick
SHEARMAN & STERLING LLP
Fredric Sosnick
Randall Martin
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
Facsimile:  (646) 848-7174

*Attorneys for the Foreign Representative*